UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES MICHENER,<br>        Plaintiff,<br>   v.<br>NANCY A. BERRYHILL, et al.,<br>        Defendants. | Case No. 19-cv-04377-SVK<br><br>**JUDGMENT** |

     Pursuant to the Court's July 24, 2020 Order denying Plaintiff Frances Michener's motion for summary judgment, granting Defendants' cross-motion for summary judgment, and denying as moot Plaintiff's motion for class certification, judgment is entered in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

     **SO ORDERED.**

Dated: July 24, 2020

SUSAN VAN KEULEN
United States Magistrate Judge